# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATTY A. PALADIN and JAMES A. PALADIN, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; a.k.a. d.b.a. GEICO GENERAL INSURANCE COMPANY,<br><br>Defendant. | NO: 2:15-CV-0341-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation and Proposed Order of Dismissal with Prejudice and Without Fees and Costs (ECF No. 11).  The parties indicate that they have reached settlement.  Pursuant to the parties' stipulation, all claims and counterclaims are **DISMISSED with prejudice** and without fees or costs to any party.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS ORDERED:**

1. All claims and counterclaims are **DISMISSED with prejudice** and without fees or costs to any party.

2. The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated July 20, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2